IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LIBORIO ALCAUTER,

    Petitioner,

vs.

    Civil Action 2:17-CV-0028
    Criminal No. 2:14-cr-200(3)
    CHIEF JUDGE SARGUS
    Magistrate Judge King

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

On June 27, 2017, the United States Magistrate Judge recommended that Petitioner's *Motion for Default Judgment*, ECF No. 916, be denied in light of the fact that the Government is not in default for response to the *Motion to Vacate*. *Order and Report and Recommendation*, ECF No. 917 (referring to *Response to Motion to Vacate*, ECF No. 884). Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

    The *Order and Report and Recommendation*, ECF No. 917, is **ADOPTED and AFFIRMED**. Petitioner's *Motion for Default Judgment*, ECF No. 916, is **DENIED**.

_____
Date

                     7-17-2017
                 Edmund A. Sargus, Jr.
                 Chief United States District Judge